UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:       Connie Gaeta            )
             Joseph Gaeta            )    Case No._12-43153
                                     )    Chapter 13
     Debtor(s)
                    FIRST AMENDED  CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$_____600_____ per month for _____60_____ months.

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $_____ through _____, then $_____ per  month  for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities.  (2) Fifty percent of any employee bonus or other distribution paid or payable to the debtor during the term of the plan.  (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of $_1526.00_____ will be paid to non-priority unsecured creditors. (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law [and pay filing fee in the amount of $_____]

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on

any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

   CREDITOR NAME          TOTAL AMOUNT DUE      CURE PERIOD

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   CREDITOR NAME          MONTHLY PAYMENT      BY DEBTOR/TRUSTEE

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   CREDITOR NAME          MONTHLY PAYMENT      EST MONTHS REMAINING

   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.

   CREDITOR NAME          MONTHLY PAYMENT

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| wilmington savings | 1247 | Debtor |

r

   (E) **DSO Claims in equal installments.** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:

   CREDITOR NAME          TOTAL AMOUNT DUE      INTEREST RATE

4. **Attorney Fees**. Pay Debtor's attorney $1,390.00 in equal monthly payments over __12 months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| Wilmington savings | 18,000 | 48 mos | 0 |

                                                                                         48 mos     -0-

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with 5.04% interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| | | 60mos | |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 5.04% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| Title Max | 4031 | 5000 | 60 mos | 5000 |

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

6. Pay $_2,000.__ of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| collector of rev stl co | 921 |
| IRS | 4124 |
| Mo rev | 2980 |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $_36530__. Estimated amount available $_____0_____. Estimated repayment in Chapter 7: $___0_____. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $___1525.80_____.

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/LEASE |
|---|---|

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

DATE:_____ DEBTOR:____joe gaetta_____

DATE:_____ D E B T O R : _ c o n n i e gaetta_____

5 (L.F. 13 Rev. 04/07)

# United States Bankruptcy Court
### Eastern District of Missouri

In re: **Connie Gaeta / Joseph L Gaeta**, Debtor(s)

Case No. **12-43153**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 13, 2012**, a copy of **First amended plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Advance America**
c/o Cashnet USA
200 W. Kackson Blvd
14th Floor
Chicago, IL 60606-6941

**Bank One**
c/o GACC
5850 W. Interstate Rd
Suite 100
Arlington, TX 76017

**Collector of Revenue**
St. Louis County
41 South Central
Saint Louis, MO 63105

**Credit One Bank**
c/o Capital Management Services, LP
4850 Street Rd
Suite 300
Feasterville Trevose, PA 19053

**First Premier Bank**
PO Box 5529
Sioux Falls, SD 57117

**First Source Fin. Solutions**
7650 Magna Drive
Belleville, IL 62223

**Foot & Ankle Center**
PO Box 790379
Saint Louis, MO 63179

**Ford Motor Credit**
c/o SRA Associates
401 Minnetonka Rd
Somerdale, NJ 08083

**Gravois Auto Repair**
10601 Tesson Ferry Rd
Saint Louis, MO 63128

**Internal Revenue Service (IRS)**
Insolvency Unit
PO Box 66778
Stop 5334/STL
Saint Louis, MO 63166

**Metropolitan Orthopedics**
c/o ARC
PO Box 3860
Chesterfield, MO 63006

**Metropolitan Sewer District**
PO Box 437
Saint Louis, MO 63166-0437

**Midland Funding**
**c/o Kramer and Frank**
**9300 Dielmann Rd**
**Suite 100**
**Saint Louis, MO 63132**

**Midwest Radiology**
**PO Box 38900**
**Saint Louis, MO 63188**

**Missouri Baptist Medical Center**
**PO Box 504038**
**Saint Louis, MO 63150**

**Missouri Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 475**
**301 W High Street**
**Jefferson City, MO 65105-0475**

**Olive Surgery Center**
**12101 Woodcrest Executive Dr**
**Saint Louis, MO 63141**

**Premier Bank Card**
**c/o Jefferson Capital Systems, Inc**
**16 McLeland Rd**
**Cincinnati, OH 45202**

**Regions Bank**
**c/o ERC, Inc**
**800 SW 39th Street**
**PO Box 9004**
**Renton, WA 98057**

**Tara Talawar, MD**
**PO Box 78189**
**Saint Louis, MO 63178**

**Team Tan**
**c/o TRS Recovery**
**5251 Westheimer**
**Houston, TX 77056**

**Title Max Title Loan**
**10415 Watson Road**
**Saint Louis, MO 63127**

**Trustees of Cardinal Springs Subdivision**
**c/o Tim Marshall Walters & Associates**
**6668 Oakland Ave**
**Saint Louis, MO 63139**

**United Student Aid Funds**
**c/o General Revenue**
**11100 USA Parkway**
**Fishers, IN 46037**

**Wilmington Savings**
**Dept 1710**
**C/o SN SERVICING**
**Denver, CO 80291-1710**

**Wise and Scott LLC**
**23333 Grissom Dr**
**Suite 106**
**Saint Louis, MO 63146**

**Jerry Hoff   #27743    #79998**
**Hoff Law Center**
**12300 Old Tesson Road**
**Suite 100-D**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                                                    Best Case Bankruptcy

St. Louis, MO 63128
314 849-1001Fax:314 849-0655
jerryhoff13@yahoo.com